# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Gonciarz, | No. CV-23-01515-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Sage Hospice LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulated Motion for Dismissal With Prejudice (Doc. 11), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 11). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 3rd day of January, 2024.

Honorable John J. Tuchi
United States District Judge